**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00056-CV
No. 05-13-00057-CV

**SHERRELLE WILLIAMSON AND K. BARRETT TOWNSEND, Appellants**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause Nos. 12C-011-2, 12C-012-2**

## ORDER

The clerk's record has been filed in cause no. 05-13-00057-CV, but has not been filed in cause no. 05-13-00056-CV. The reporter's record has not been filed in either case. We have received correspondence from court reporter Sherry Hooper that appellants have not paid for the reporter's record.

Accordingly, this Court **ORDERS** the Kaufman County Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record for cause no. 05-13-00056-CV (trial court no. 12C-011-2) or written verification that appellants have not paid for the clerk's record. *We notify appellant that if we receive verification of non-payment, we will, without further*

*notice, dismiss the appeal in cause no. 05-13-00056-CV for want of prosecution.  See* Tex. R. App. P. 37.3(b).

We **ORDER** court reporter Sherry Hooper to file, within **THIRTY DAYS** of the date of this order, either the reporter's record for the two cases or written verification that appellant has not paid for the record.  *We notify appellant that if we receive verification of non-payment, we will order the appeals submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Kaufman County Clerk; Sherry Hooper, official court reporter, County Court at Law No. 2; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE